# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

November 27, 2018

Honorable J. P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Rachel Morzfeld*
Case No. 18-CR-184

Dear Judge Stadtmueller:

On October 15, 2018, the Court issued a Trial Scheduling Order directing the parties to file a written plea agreement no later than November 26, 2018. The parties have had ongoing negotiations and meetings in this case and anticipate that it will resolve without a trial. However, an agreement has not been reached as there is uncharged conduct that the parties are attempting to resolve.

This afternoon, the parties discussed a joint motion to adjourn the trial and extension of the plea deadline. Due to other matters undersigned counsel had scheduled this afternoon, the parties were unable to discuss the details of the motion prior to the end of the day. Counsel writes this letter to inform the Court of the status of this case and provide that a joint motion to adjourn the trial will be filed on November 28, 2018.

Sincerely,

*/s/ Gabriela A. Leija*