# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

  v.

RACHEL MORZFELD,

                  Defendant.

Case No. 18-CR-184-JPS

**ORDER**

On September 18, 2018, the grand jury returned an indictment against Defendant, charging her with five counts of violating 18 U.S.C. §§ 922(a)(6), 924(a)(2). (Docket #1). On January 25, 2019, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Count Five of the Indictment, the remaining counts to be dismissed at sentencing. (Docket #16). The parties appeared before Magistrate Judge William E. Duffin on February 8, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #18). Defendant entered a plea of guilty as to Count Five the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #19 at 1).

Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #19) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2019.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge